CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
   San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **George Alexander;** **Lillian Alexander;** **Juana Martinez**; and Does 1-10, <br><br> Defendants. | Case 8:14-CV-01434-AG-JCG <br><br> Judgment Re: Default Judgment |

1  Upon review of the court files, the application for default judgment, the
2  declarations submitted in support of the default judgment, and the evidence
3  presented having been fully considered, it is hereby ordered and adjudged that
4  plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of
5  $7,655.00 against defendants George Alexander, Lillian Alexander and Juana
6  Martinez
7  Additionally, defendants George Alexander, Lillian Alexander and Juana
8  Martinez, are ordered to provide van-accessible parking at the property located at
9  or about 1425 E. Edinger Avenue, Santa Ana, California, in compliance with the
10 Americans with Disabilities Act Accessibility Guidelines.
11 The Judgment includes in addition costs of $ _____.
12 Dated: __2/9/15___   By:_____
      United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff

2

Proposed JUDGMENT                                    Case: 8:14-CV-01434-AG-JCG